UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-25398-CIV-MORENO

KRISHNAN RAMANATHAN, et. al.,

        Plaintiffs,

vs.

FINANCIAL ALLIANCE LTD, et. al.,

        Defendants.

_____/

### FINAL DEFAULT JUDGMENT

THIS CAUSE came before the Court upon the Plaintiffs' Motion for Default Judgment against Defendants German Lillevali, Oleg Lillevali, Irina Korytina, Financial Alliance Ltd, and Stream Network Advisory Ltd. **(D.E. 42)**.

The Motion and supporting Exhibits show that Plaintiffs collectively suffered $10,751,790 in actual damages:

| Plaintiff | Actual Damages |
|---|---|
| Ramanathan | $ 300,000 |
| Pogosyan | $ 657,109 |
| Koryukin | $ 760,166 |
| Yusupov | $ 8,108,315 |
| Khomyakov | $ 423,796 |
| Shcherbakova | $ 502,404 |
| **Total Actual Damages** | **$ 10,751,790** |

Under the plain language of the Racketeer Influenced and Corrupt Organizations Act, the final judgment must reflect an amount that is three times the amount of actual damages. *See* 18 U.S.C. § 1964(c) ("Any person injured . . . by reason of a violation of section 1962 of [the RICO Act] may sue therefor . . . and shall recover threefold the damages he sustains and the cost of the suit . . . ."). The amount to be trebled consists solely of Plaintiffs' actual damages. *See Allstate*

*Ins. Co. v. Palterovich*, 653 F. Supp. 2d 1306, 1333 (S.D. Fla. 2009). Here, three times the amount of Plaintiffs' actual damages ($10,751,790) is **$32,255,370**.

As for interest, post-judgment interest "shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." *See* 28 U.S.C. § 1961(a). And where, as here, the controlling federal statute is silent as to the manner of computing pre-judgment interest, the choice of a rate of pre-judgment interest is within the discretion of a federal court. *Allstate Ins. Co.*, 653 F. Supp. 2d at 1328–29 (citing *Indus. Risk Insurers v. M.A.N. Gutehoffnungshutte GmbH*, 141 F.3d 1434, 1446–47 (11th Cir. 1998)). This decision is usually guided by principles of reasonableness and fairness, by relevant state law, and by the relevant post-judgment interest rate. *Id.* at 1329 (citing *In re Int'l Admin. Servs., Inc.*, 408 F.3d 689, 710 (11th Cir. 2005)). Here, the Court finds that the post-judgment interest rate is a reasonable and a fair rate for pre-judgment interest as well.

Therefore, having considered the Motion, the attached Exhibits, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that:

**(1)** The Motion for Default Judgment **(D.E. 42)** is **GRANTED**;

**(2)** A Final Default Judgment is entered in favor of Plaintiffs and against Defendants German Lillevali, Oleg Lillevali, Irina Korytina, Financial Alliance Ltd, and Stream Network Advisory Ltd., jointly and severally, for the sum of $32,255,370, sustained collectively by all Plaintiffs;

**(3)** Plaintiffs shall also be awarded *post*-judgment interest, at the statutory rate under 28 U.S.C. § 1961, from the date that the judgment is entered;

**(4)** Plaintiffs shall also be awarded pre-judgment interest, also at the statutory rate under 28 U.S.C. § 1961, from April 1, 2018 through the date of this Order;

**(5)** Plaintiffs are also entitled to an award of attorneys' fees and costs; and the Court will retain jurisdiction to determine the reasonable amount of attorneys' fees and costs based upon a motion that shall be filed by Plaintiffs, along with the

necessary supporting documentation in accordance with the Federal and Local Rules, within ninety days of the entry of judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th of June 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record