UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-25398-CIV-MORENO

KRISHNAN RAMANATHAN, TIGRAN
POGOSYAN, ALEXEY KHOMYAKOV,
SVITLANA SHCHERBAKOVA, DMITRY
KORYUKIN, and RAMAZANKADI
YOUSUPOV,

      Plaintiffs,

vs.

FINANCIAL ALLIANCE LTD, STREAM
NETWORK ADVISORY LTD, GL ASSET
MANAGEMENT AG, GL FINANCIAL
GROUP SA, OOO ANS INVEST
f/k/a ANKOR INVEST
f/k/a OOO ANKOR INVEST, ANKOR
CAPITAL LTD, SIA GL FINANCE LATVIA,
GERMAN LILLEVALI, IRINA KORYTINA,
ANNA LILLEVALI, OLEG LILLEVALI, and
IGOR LILLEVALI

      Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Plaintiffs' Petition for Writ of Habeas Corpus Ad Testificandum, filed. The Magistrate Judge filed a Report and Recommendation (**D.E. 56**) on **July 16, 2021**. Objections were due July 30, 2021. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues, and there being no objections to the Magistrate Judge's Report and Recommendation, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiffs' Petition for Writ of Habeas Corpus Ad Testificandum is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd of August 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record